# EXHIBIT B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TYLER WOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. _____ |
| v. | ) | |
| | ) | |
| MEDTRONIC, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF KEYNA P. SKEFFINGTON

I, Keyna P. Skeffington, having been duly sworn on oath, hereby depose and state as follows:

1.  I am Assistant Secretary for Medtronic, Inc.

2.  Medtronic, Inc. is a corporation organized and existing under the laws of the State of Minnesota.

3.  Medtronic, Inc.'s principal place of business is located in the State of Minnesota.

FURTHER AFFIANT SAYETH NOT.

_____
KEYNA P. SKEFFINGTON

Subscribed to and sworn
Before me this 30 day of
May, 2014

_____
Notary Public

PAMELA S. WILDE
Notary Public
State of Minnesota
My Commission Expires
January 31, 2017

1