UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TYLER WOOD,

        Plaintiff,

-against-

MEDTRONIC, INC.,

        Defendant.

------------------------------------------------------------X

14-CV-6298 (CJS)

**STIPULATION AND ORDER**

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time within which defendant Medtronic, Inc. must answer, move, or otherwise respond to the Complaint is hereby extended to and including January 30, 2015.

Dated: December 30, 2014

THOMAS J. RZEPKA

_____
Thomas J. Rzepka
First Federal Plaza
28 E. Main Street, Suite 900
Rochester, New York 14614
(585) 458-2800

Attorneys for Plaintiff
Tyler Wood

PEPPER HAMILTON LLP

*Adam B. Michaels*

Adam B. Michaels
The New York Times Building
620 Eighth Avenue
New York, New York  10018-1405
(212) 808-2700

Attorneys for Defendant
Medtronic, Inc.

SO ORDERED: 1-6-10

*Charles Siragusa*
CHARLES J. SIRAGUSA
United States District Judge