# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tyler Wood | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 14-CV-6298 |
| v. | |
| Medtronic, Inc. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.


Date: 10/5/2015                                      MICHAEL J. ROEMER, CLERK

                                                                    By: Barbara Keenan
                                                                            Deputy Clerk